UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 29 2009
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| Julia Miller, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.  09 1181 |
| | ) |
| United States Public Health | ) |
| Service Commissioned Corps *et al.*, | ) |
| | ) |
| Defendants. | ) |

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint upon a determination that it, among other grounds, is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

Plaintiff, a resident of Honolulu, Hawaii, accuses employees of the U.S. Public Health Service Commissioned Corps, who claim to be "physicians who treated me before at the Medical Center in Detroit, Michigan[,]" of "stalking me from state to state, harassing me, threatening me and screaming and hollering sarcastic, slanderous statements . . . creating a civil unrest." Compl. at 1. She also accuses them of "pacing the street where I temporarily reside" and of stealing her mail, among other misdeeds. *Id*. Plaintiff then switches to a seemingly unrelated narrative about President Barack Obama, other public officials and certain business entities. *See id*. at 2-5. She wants this Court "to investigate my allegations against the Democratic Party who is out to get me[,]" *id*. at 4, and to "assist" with "informing a local Law Enforcement Agency to file a complaint against the [Commissioned Corps] so that I can obtain a restraining order." *Id*. at 1.

The complaint not only presents the type of fantastic or delusional scenarios found to justify immediate dismissal of a complaint as frivolous, *Neitzke v. Williams*, 490 U.S. 319, 328 (1989); *Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994), but it is frivolous also because it lacks "an arguable basis in law and fact." *Brandon v. District of Columbia Bd. of Parole*, 734 F.2d 56, 59 (D.C. Cir. 1984). A separate Order of dismissal accompanies this Memorandum Opinion.

/s/ _____
United States District Judge

Date: June 23rd, 2009